# EXHIBIT 1

# Chart of Similarities

| **Hill's 1986 Spec Script "Roadhouse"** | **"Road House" 2024 Shooting Script** |
|---|---|
| *Characters* ||
| • The main protagonist of Hill's 1986 Spec Script, entitled "Roadhouse" (the "1986 Spec Script") is a bouncer named "Dalton." | • The main protagonist of the Shooting Script for the 2024 film Road House (the "2024 Shooting Script") is a bouncer named "Dalton." |
| • Dalton is described as having a body riddled with injuries from his past, but also as being in peak physical condition. | • Dalton is described as having a body covered in scars from injuries in his past, but also as muscled and having the body of a fighter. |
| • Dalton is depicted as having exceptionally minimal worldly possessions. | • Dalton is depicted as having exceptionally minimal worldly possessions. |
| • Dalton is depicted as living an itinerant lifestyle. He goes from place to place, driven by forces that are hinted at but never fully revealed. | • Dalton is depicted as living an itinerant lifestyle. He's haunted by an incident in his past, but this is not fully explored. |
| • Dalton is depicted as having an air of mystery about him; when he arrives at the Double Deuce, the bar where he has been recruited to work, the staff aren't quite sure what to make of him, beyond his reputation as a fighter. | • Dalton is depicted as having an air of mystery about him; when he arrives at the Road House, the bar where he has been recruited to work, the staff aren't quite sure what to make of him, beyond his reputation as a fighter. |
| • Dalton is depicted as being very independent; he doesn't rely on others for support or validation, and he is shown to travel alone and lives life on his own terms. | • Dalton is depicted as being very independent; he doesn't rely on others for support or validation, and he is shown to travel alone and lives life on his own terms. |
| • Dalton is depicted as having a sixth sense for detecting impending violence; he sees trouble about to break out before others (including his fellow bouncers) do. | • Dalton is depicted as having a sixth sense for detecting impending violence; he sees trouble about to break out before others (including his fellow bouncers) do. |

| | |
|---|---|
| • Dalton is portrayed as being very confident; he acts with a purpose and is very sure of his abilities and decisions, especially when it comes to his job and the strategy and (sometimes) violence that he deploys. | • Dalton is portrayed as being very confident; he acts with a purpose and is very sure of his abilities and decisions, especially when it comes to his job and the strategy and (sometimes) violence that he deploys. |
| • Dalton is depicted as having a strong moral compass; he despises bullies, as evidenced by his disdain for Kenny James (a violent and disruptive bar patron) who mistreats his girlfriend and others at the Double Deuce. | • Dalton is depicted as having a strong moral compass; he despises bullies, as evidenced by his quickness to violence when Dell and his goons are hassling Billy, a bartender at the Road House. |
| • Dalton is depicted as being emotionally reserved, both in his relationship with his love interest ("Doc") and in bouncing scenarios where others would lose their cool. | • Dalton is depicted as being emotionally reserved, both in his relationship with his love interest, ("Ellie", also a doctor) and in bouncing scenarios where others would lose their cool. |
| • Dalton is shown to have a developed knowledge of human anatomy. | • Dalton is shown to have a developed knowledge of human anatomy. |
| • Dalton acts as a mentor to younger bouncers at the Double Deuce, particularly Ginger (who hounds Dalton until he agrees to train him as a bouncer). | • Dalton acts as a mentor to younger bouncers at the Road House, particularly Billy (who starts off as a bartender but is transformed into a bouncer by Dalton). |
| • Dalton drinks coffee throughout the 1986 Spec Script. | • Dalton drinks coffee throughout the 2024 Shooting Script. |
| • Dalton drives a beat-up car with "faded paint [and] a forgotten air about it." | • Dalton drives a beat-up "surprisingly shitty" car. |
| • Dalton is depicted as being quite levelheaded, even in situations that escalate into violence; when he must fight, he does, but he does so in a controlled, efficient manner. However, when people he cares about are harmed (e.g., Wade, his mentor, is killed), a switch seems to flip, and he goes into a fit of rage. | • Dalton is depicted as being quite levelheaded, even in situations that escalate into violence; when he must fight, he does, but he does so in a controlled, efficient manner. However, when people he cares about are in danger (e.g., Ellie, is kidnapped), a switch seems to flip, and he goes into a fit of rage. |

| | |
|---|---|
| • Dalton is depicted as having a studied nature when it comes to his work; he has a sort of Art of War approach to being a bouncer. | • Dalton is depicted as having a studied nature when it comes to his work; he has a sort of Art of War approach to being a bouncer. |
| • Dalton, at first, speaks relatively little, preferring to listen and observe. As the story progresses, he opens up, especially in instructing the younger bouncers at the Double Deuce, and in his growing relationship with his love interest, Doc. | • Dalton, at first, speaks relatively little, preferring to listen and observe. As the story progresses, he opens up, especially in instructing the younger bouncers at the Road House, and in his growing relationship with his love interest, Ellie. |
| • Dalton is depicted as a master of various fighting disciplines, which he mixes seamlessly. | • Dalton is depicted as a master of various fighting disciplines, which he mixes seamlessly. |
| • Dalton is shown to be thoughtful and reflective, and at times even sensitive, but also capable of extreme violence. | • Dalton is shown to be thoughtful and reflective, and at times even sensitive, but also capable of extreme violence. |
| • Dalton is underestimated by potential opponents, primarily because of his size and his Zen-like demeanor. | • Dalton is underestimated by potential opponents, primarily because of his size and Zen-like demeanor. |
| • "Doc" is a female doctor with whom Dalton has a romantic relationship. | • "Ellie" is Dr. Elizabeth Eames, with whom Dalton has a romantic relationship. |
| • Doc is confident and aggressive; she's a bit suspicious of Dalton when they first meet (in the E.R. where Dalton is being treated for post-fight injuries), but she appears to be intrigued by Dalton's demeanor, and is a bit flirtatious. | • Ellie is confident and aggressive; she's critical of Dalton when they first meet (in the E.R. where Dalton is being treated for post-fight injuries), but she appears to be intrigued by Dalton's demeanor, and is a bit flirtatious. |
| • Doc is young for a doctor (her father, also a doctor, is only in his 50s), and Dalton mistakes her for a nurse. | • Ellie is young for a doctor; she is described as being the "head of ER by 28." |
| • Once Dalton and Doc begin to see each other, their conversations are marked by Doc trying to get a better sense of Dalton, his history and his motivations, which Dalton gently resists. | • Once Dalton and Ellie begin to see each other, their conversations are marked by Ellie trying to get a better sense of Dalton, his history and his motivations, which Dalton gently resists. |

- 3 -

| | |
|---|---|
| • Doc is depicted as having a spirited and adventurous personality; despite her education and profession, she's not intimidated by Dalton, nor does she act in a shy or reserved way in their interactions. | • Ellie is depicted as having a spirited and adventurous personality; despite her education and profession, she's not intimidated by Dalton, nor does she act in a shy or reserved way in their interactions. |
| • Kenny James is a rabble-rouser that frequently comes into the bar and causes trouble. | • Dell is a rabble-rouser that frequently comes into the bar and causes trouble. |
| • Kenny James is overconfident and instigates a fight with Dalton. He is outmatched by Dalton. | • Dell is overconfident and instigates a fight with Dalton. He is outmatched by Dalton. |
| • Tilghman, the owner of the Double Deuce, is stressed by the pervasive violence and chaos that has overtaken his bar. | • Frankie, the owner of the Road House, is stressed by the pervasive violence and chaos that has overtaken her bar. |
| • Ginger, the young, aspiring and enthusiastic bouncer who Dalton takes under his wing is eager to learn and somewhat in awe of Dalton. | • Billy, the young enthusiastic bartender who Dalton takes under his wing and transforms into a bouncer is eager to learn and somewhat in awe of Dalton. |
| • The assortment of "baddies" who cause trouble at the Double Deuce are depicted as violent and cartoonishly crude. | • The assortment of "baddies" who cause trouble at the Road House are depicted as violent and cartoonishly crude. |
| ***Setting*** | |
| • The Double Deuce is a "sprawling" roadhouse bar that has seen better days and is "half full" when Dalton first arrives. | • The Road House is a "big" roadhouse bar that is described as having "very few customers," when Dalton first arrives. |
| • The Double Deuce has a stage for bands to perform, and the stage is wrapped in chicken wire to protect the bands from patrons throwing beer bottles or otherwise attacking them. | • The Road House has a stage for bands to perform, and the stage is wrapped in chicken wire to protect the bands from patrons throwing beer bottles or otherwise attacking them. |
| • Dalton lives in an unconventional, minimally appointed place (a room above a rancher's horse barn). | • Dalton lives in an unconventional, minimally appointed place (a houseboat). |

| *Plot* | |
|---|---|
| • The 1986 Spec Script opens with the Double Deuce's owner, Tilghman, scouting Dalton at work as a bouncer in a bar called The Edge. | • The 2024 Shooting Script opens with the Road House's owner, Frankie, scouting a fighter at an event in a warehouse; but, as soon as that fighter refuses to fight Dalton, she focuses on him. |
| • Dalton attempts to cool down a situation at The Edge, but is challenged by a rowdy patron, who cuts him with a metal nail file. Dalton barely reacts and the man is escorted out by others. | • As Dalton leaves the warehouse, an irate fan, who lost money because of Dalton, attacks him with a knife, and runs off. Dalton is seemingly unperturbed by the knife sticking out of his side. |
| • Dalton is stitching his wound closed by hand when he is approached by Tilghman. Tilghman grimaces, but then describes his situation, i.e., that he owns a bar in Kansas City, the Double Deuce, which is out of control and in need of a bouncer. After a quick negotiation, Dalton accepts Tilghman's offer of $5,000 upfront, and all medical expenses, to work at his bar. | • Dalton is then approached by Frankie, who points out the knife in his side. Dalton removes the knife and closes the wound with duct tape, while Frankie grimaces. Frankie then describes her situation. i.e., that she owns a bar in the Florida Keys that is out of control and being trashed every night. She offers Dalton a job as a bouncer at $5,000/week, which he refuses initially. Frankie convinces Dalton to take her phone number. |
| • Dalton goes to Kansas City, where the Double Deuce is located. | • Dalton goes to Glass Key, where the Road House is located. |
| • When Dalton arrives at the Double Deuce, he finds the place "half full," with a staff that appear resigned to things the way they are. | • When Dalton arrives at the Road House, he finds the place "with very few customers" and a staff that appear resigned to things the way they are. |
| • Once night falls, however, the Double Deuce becomes chaotic and extremely violent. | • Once night falls, however, the Road House becomes chaotic and extremely violent. |
| • A bar patron throws a beer bottle at the band playing and it crashes against the chicken wire around the stage. | • A bar patron throws a beer bottle at the band playing and it crashes against the chicken wire around the stage. |
| • Dalton watches the first fight at the Double Deuce from the bar with amusement and detachment. | • Dalton watches the first fight at the Road House from the bar with amusement and detachment. |

| | |
|---|---|
| • Dalton sets about finding a place to live; he eschews staying at a local motel, and instead opts to rent a room above a horse barn. | • Dalton sets about finding a place to live; he eschews staying at a local motel, and instead opts to live in a houseboat at the local marina. |
| • At first, Dalton mostly just observes from the bar watching the other bouncers and how they handle various situations that arise with drunk and/or violent patrons. | • At first Dalton mostly just observes from the bar, watching the other bouncers and how they handle various situations that arise with drunk and/or violent patrons. |
| • When Dalton fights Kenny James, he displays mixed martial arts techniques and his superior skills by expertly dodging his blows. He sustains a kick in the ribs but maintains his intensity and control and knocks James down. | • When Dalton fights Dell, he displays superior skills by expertly dodging his blows and then knocking him out. Dalton is then attacked by Dell's goons, who he beats one by one with intensity and control, displaying mixed martial arts techniques. |
| • After Dalton defeats Kenny, he shows empathy by requesting that Kenny be taken to the hospital. | • After beating up Dell and his goons, he shows empathy by driving them to the hospital. |
| • After the fight with Kenny, Dalton goes to the hospital and encounters Doc for the first time. She realizes that Kenny, who is also at the hospital, is there because of Dalton's handiwork. She then treats Dalton and is clearly intrigued by him– in particular the record of violence borne by his body, as shown in x-rays, but she rebuffs his offer to go out for coffee. | • After the fight with Dell and his goons, Dalton goes to the hospital and encounters the doctor, Ellie, for the first time. She realizes Dell and his goons are there because of Dalton's handiwork. She then treats Dalton for the stab wound he duct-taped. When Dalton takes off his shirt, she's intrigued, "impressed" by his "roadmap of scars," but remains somewhat aloof before he leaves. |
| • Dalton and Doc eventually begin a romantic relationship. | • Dalton and Ellie eventually begin a romantic relationship. |
| • Doc and Dalton go a date, and at the end of the date, Doc makes the first move, leans in, and kisses him. | • Ellie and Dalton go on a date, and at the end of the date, Ellie makes the first move, leans in, and kisses him. |
| • As the 1986 Spec Script progresses, Dalton adds members to his team of bouncers at the Double Deuce. | • As the 2024 Shooting Script progresses, Dalton adds members to his team of bouncers at the Road House. |

| | |
|---|---|
| • The 1986 Spec Script features montages where different nights are presented in a progression to show how Dalton has trained the other bouncers to react appropriately to violent patrons, and maintain order in the bar without resorting to fighting. He is shaping them into a coherent team, and is depicted as being pleased with his results. | • The 2024 Shooting Script features montages where different nights are presented in a progression to show how Dalton has trained the other bouncers to react appropriately to violent patrons, and maintain order in the bar without resorting to fighting. He is shaping them into a coherent team, and is depicted as being pleased with his results. |
| • As the situation at the Double Deuce improves, there are scenes of the band playing brilliantly, interspersed throughout. | • As the situation at the Road House improves, there are scenes of the band playing brilliantly, interspersed throughout. |
| • One night after leaving the Double Deuce, Dalton is chased by goons in a truck, and narrowly escapes. | • One night after leaving the Road House, Dalton is chased by a goon in a truck, is nearly killed, but narrowly escapes. |
| • In another incident, Dalton is tracked down by some goons that he had ejected and embarrassed in a fight at the Double Deuce. He fights them again, and beats them handily. | • In another incident, Dalton is tracked down by some goons that are associates of those he had ejected and embarrassed in a fight at the Road House. He violently disarms one, which scares off the other. |
| • Wade, Dalton's mentor, is killed, sending Dalton into a rage, and prompting him to seek revenge against the perpetrators. | • The bookstore of Dalton's friends (Stephen and Charlie), is viciously burned down, sending Dalton into a rage, and prompting him to seek revenge against the perpetrators. |
| • In a climactic fight at the end of the 1986 Spec Script, Dalton and his friends emerge victorious. | • In a climactic fight at the end of the 1986 Spec Script, Dalton and his friends emerge victorious. |
| • After the final fight sequence, the police give Dalton a pass, let him leave and then he drives out of town. | • After the final fight sequence, the police give Dalton a pass, let him leave and then he takes a bus out of town. |
| ***Themes*** ||
| • There are heroes among us, and they emerge at unexpected times and places; here, in the form of Dalton. | • There are heroes among us, and they emerge at unexpected times and places; here, in the form of Dalton. |

| | |
|---|---|
| • The righteous triumph of good over evil. | • The righteous triumph of good over evil. |
| • The visceral reality of violence pervading (then) modern-day America. | • The visceral reality of violence pervading modern-day America. |
| • There are those who act with reckless impunity, as if above the law. | • There are those who act with reckless impunity, as if above the law. |
| • The complicated nature of masculinity is explored throughout. Dalton's masculinity is contrasted against characters like Kenny James who flaunt Troglodyte masculinity. | • The complicated nature of masculinity is explored throughout. Dalton's complex masculinity is contrasted against characters like Dell and Knox who flaunt Troglodyte masculinity. |
| • Found family. Dalton instills a camaraderie amongst the employees of the Double Deuce and by the end of his time there, they are like a family. | • Found family. Dalton instills a camaraderie amongst the employees of the Road House and by the end of his time there, they are like a family. |
| • Moral ambiguity. Dalton is portrayed in a positive light, but at the same time he resorts to violence to solve problems. | • Moral ambiguity. Dalton is portrayed in a positive light, but at the same time he resorts to violence to solve problems. |
| ***Dialogue*** | |
| • The antagonists, whether Kenny James or other tough guys who start trouble at the Double Deuce, speak in braggadocious, exaggerated idiom. | • The antagonists whether Dell or other tough guys who start trouble at the Road House, like Ben Brandt to Knox, speak in braggadocious, exaggerated idiom. |
| • Dalton's dialogue is unusually measured and calm when he speaks to those who threaten him with violence. | • Dalton's dialogue is unusually measured and calm when he speaks to those who threaten him with violence. |
| ***Mood*** | |
| • The scenes set at the Double Deuce vibrate with intensity and kinetic energy. | • The scenes set at the Road House vibrate with intensity and kinetic energy. |
| • An omnipresent mood of impending violence and danger pervades the 1986 Spec Script. | • An omnipresent mood of impending violence and danger pervades the 2024 Shooting Script. |

| | |
|---|---|
| • As Dalton cracks down on problematic patrons, the Double Deuce becomes a more vibrant and fun environment, where people drink, dance and enjoy themselves. | • As Dalton cracks down on the problematic patrons, the Road House becomes a more vibrant and fun environment, where people drink, dance and enjoy themselves. |
| • The mood is testosterone-fueled, especially in the personage of the various toughs who frequent the Double Deuce, but this is tempered by Dalton's reserved demeanor. | • The mood is testosterone-fueled, especially in the personage of the various toughs who frequent the Double Deuce, but this is tempered by Dalton's reserved demeanor. |
| *Pace* ||
| • The pace of the 1986 Spec Script is fast and frenetic, with a stream of barroom brawls and intense confrontations. There are, however, breaks in the action for character development (particularly for Dalton and Doc). | • The pace of the 2024 Shooting Script is fast and frenetic, with a stream of barroom brawls and intense confrontations. There are, however, breaks in the action for character development (particularly for Dalton and Ellie). |