# EXHIBIT D

## NOTICE OF TERMINATION

## "ROAD HOUSE"

To:  United Artists Corporation
United Artists Pictures Inc.
Metro-Goldwyn-Mayer Studios Inc.
245 N. Beverly Dr.
Beverly Hills, CA 90210
Attn: Lesley Freeman, Chief Legal Officer

PLEASE TAKE NOTICE that pursuant to Section 203(a) of the United States Copyright Act (17 U.S.C. § 203(a)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Lance Hill (a.k.a. David Lee Henry), being the author entitled to terminate transfers pursuant to said statutory provisions, hereby terminates the grant of the transfer of rights under the copyright in and to his original screenplay entitled "Roadhouse," that was made in those certain agreements identified below, and he sets forth in connection therewith the following[1]:

1.  The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: United Artists Corporation, United Artists Pictures Inc., Metro-Goldwyn-Mayer Studios Inc., 245 N. Beverly Drive, Beverly Hills, CA 90210. Pursuant to 37 C.F.R. Section 201.10(d), service of this Notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.  The work to which this Notice of Termination applies is the original screenplay entitled "Roadhouse," (the "Work"), written by Lance Hill (a.k.a. David Lee Henry).[2]

---

[1] Nothing contained in this notice shall be construed as an admission, waiver or limitation of any right or remedy of Lance Hill, at law or in equity, with respect to the subject matter hereof, all of which are hereby expressly reserved.

[2] This Notice of Termination applies as well to each and every element of such Work, including the characters therein, and to each and every prior draft or iteration of the Work.

3. This Notice of Termination applies to that certain assignment of rights under copyright in the Work from Lance Hill (a.k.a. David Lee Henry) and Lady Amos Literary Works, Ltd., to United Artists Pictures, Inc., executed on September 16, 1986, pursuant to that certain literary purchase agreement between the parties dated as of August 7, 1986 and executed on September 16, 1986.[3]

4. The effective date of termination of the grant(s) identified hereinabove shall be November 11, 2023.

5. Lance Hill (a.k.a. David Lee Henry) is the author of the work and is entitled to exercise his termination rights pursuant to 17 U.S.C. § 203(a), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 203(a).

Dated: November 10, 2021

TOBEROFF & ASSOCIATES, P.C.

_/s/ Marc Toberoff_
Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: (310) 246-3333

As counsel for and on behalf of Lance Hill (a.k.a. David Lee Henry)

---

[3] This Notice of Termination also applies to each and every grant or alleged grant of Lance Hill's rights under copyright in and to the Work, including all elements, characters, and/or prior drafts/iterations thereof, that falls within the applicable Termination time window (as such window is defined by 17 U.S.C. § 203(a) and the effective date of this Notice). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant/transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted grant/transfer.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as NOTICE OF TERMINATION: "ROAD HOUSE" to be served this 10th day of November, 2021, by First Class Mail, postage prepaid, upon each of the following:

United Artists Corporation
United Artists Pictures Inc.
Metro-Goldwyn-Mayer Studios Inc.
245 N. Beverly Dr.
Beverly Hills, CA 90210
Attn: Lesley Freeman, Chief Legal Officer

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Lance Hill
(a.k.a. David Lee Henry)