NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Wook Hwang (admitted *pro hac vice*)
   whwang@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.653.8700
Facsimile: 212.653.8701

ATTORNEY(S) FOR: Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

R. Lance Hill

Plaintiff(s),

v.

Metro-Goldwyn-Mayer Studios Inc., et al.

Defendant(s)

CASE NUMBER: 2:24-cv-01587-HDV-SSC

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants and Counterclaimants Metro-Goldwyn-Mayer Studios Inc., et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| R. Lance Hill | Plaintiff and Counterclaim Defendant |
| Lady Amos Literary Works Ltd. | Third-Party Counterclaim Defendant |
| Metro-Goldwyn-Mayer-Studios Inc. ("MGM") | Defendant and Counterclaimant |
| United Artist Pictures Inc. ("UA") | Defendant and Counterclaimant |
| MGM Holdings Inc. | Parent of MGM and UA |
| Amazon Studios LLC ("Amazon Studios") | Defendant and Counterclaimant |
| Amazon.com, Inc. | Parent of MGM Holdings Inc. and Amazon Studios |

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

May 3, 2024
Date

/s/Wook Hwang
Wook Hwang

Attorney of record for (or name of party appearing in pro per):

Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., et al.

SMRH:4892-7743-4043.1