# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. LANCE HILL,<br><br>Plaintiff(s)<br>v.<br>METRO GOLDWYN MAYER STUDIOS INC. et al.,<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-01587-HDV-SSC<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Metro Goldwyn Mayer Studios Inc. et al.,   ☐ Plaintiff  ☐ Defendant  ☒ Other  All Defendants
*Name of Party*

☒ to substitute   Dylan J. Price   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Sheppard, Mullin, Richter & Hampton LLP, 1901 Avenue of the Stars, Ste. 1600
*Street Address*

California, CA 90067                                   dprice@sheppardmullin.com
*City, State, Zip*                                      *E-Mail Address*

310-282-3700              310-282-3701              258896
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of   David A. Grossman of Loeb & Loeb LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☒ The Court hereby orders that the request of   David A. Grossman of Loeb & Loeb LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for   All Defendants

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   May 8, 2024

*U. S. District Judge*