Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

Attorneys for Plaintiff/Counterclaim Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. LANCE HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation, AMAZON STUDIOS LLC, a California limited liability company, UNITED ARTISTS PICTURES INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v. | Case No.: 2:24-cv-01587-HDV-SSC<br><br>Assigned to Hon. Hernan D. Vera<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANTS R. LANCE HILL AND LADY AMOS LITERARY WORKS LTD.'S SPECIAL MOTION TO STRIKE**<br><br>**Hearing Date:** September 12, 2024<br>**Hearing Time:** 10:00 AM<br>**Place:** Courtroom 5B<br>**Judge:** Hon. Hernan D. Vera |

R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS LTD., a Canadian corporation,

        Counterclaim Defendant and Third-Party Counterclaim Defendant.

I, Marc Toberoff, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a principal of Toberoff & Associates, P.C., counsel for Plaintiff/Counterclaim Defendant R. Lance Hill ("Hill") and Third-Party Counterclaim Defendant Lady Amos Literary Works Ltd. ("Lady Amos") (collectively, "Hill Parties") in this action, and a member of the Bar of this Court. I submit this declaration in support of the Hill Parties' motion to strike Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists Pictures Inc.'s ("United Artists") (collectively, "Defendants") second counterclaim for breach of contract pursuant to California Code of Civil Procedure § 425.16 ("Motion"). If called and sworn as a witness, I could and would testify competently thereto.

2. On June 20, 2024, pursuant to Local Rule 7-3, I emailed a conferral letter to Defendants' counsel summarizing the grounds for Hill's contemplated Motion. Defendants provided no substantive written response to my letter. Attached hereto as **Exhibit A** is a true and correct copy of my letter.

3. On June 26, 2024, I met and conferred by Zoom videoconference with Defendants' counsel regarding the Hill Parties' contemplated Motion. During this conference, Defendants' lead counsel Wook Hwang contended that the anti-SLAPP statute did not apply to Defendants' breach of contract counterclaim, but when asked, refused to provide the legal bases for that conclusion, asserting that such were his protected "mental impressions."

4. Attached hereto as **Exhibit B** is a true and correct copy of an "Assignment" by the author Plaintiff R. Lance Hill, in his individual capacity (as well as by his d/b/a entity Lady Amos) to United Artists of the copyright in and to Hill's original "spec" screenplay "Roadhouse" dated July 1986 (the "Assignment").

5. Attached hereto as **Exhibit C** is a true and correct copy of a printout of United Artists' recordation of the Assignment (Doc. No. V2209P212) (Date of

Recordation: Oct. 28, 1986) obtained from the Copyright Office's Official Public Catalog (located at cocatalog.loc.gov) on July 5, 2024.

6. Attached hereto as **Exhibit D** is a true and correct copy of a printout of Amazon the record of registration by Defendant Amazon Content Services LLC of 2024 film, "Road House" (Registration No. PA0002462089), which lists the film's "Date of Creation" as "2024", and was obtained from the Copyright Office's Official Public Catalog (located at cocatalog.loc.gov) on July 5, 2024.

I declare under penalty of perjury that the foregoing is true and correct and was executed on July 5, 2024, in Malibu, CA.

*/s/ Marc Toberoff*
Marc Toberoff