UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.  *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| 1a. Contact Person for this Order | Spencer R. Gibbs | 2a. Contact Phone Number | (310) 246-3333 | 3a. Contact E-mail Address | sgibbs@toberoffandassociates.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Marc Toberoff | 2b. Attorney Phone Number | (310) 246-3333 | 3b. Attorney E-mail Address | mtoberoff@toberoffandassociates.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265

| 5. Name & Role of Party Represented | Plaintiff/Counterclaim Defendants R. Lance Hill and Lady Amos Literary Works Ltd. |
|---|---|
| 6. Case Name | R. Lance Hill v. Metro-Goldwyn-Mayer Studios Inc., et al. |
| 7a. District Court Case Number | 2:24-cv-01587-HDV-SSC |
| 7b. Appeals Court Case Number | 24-6878 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

[x] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [x] Appeal  [ ] Non-Appeal    [ ] Criminal  [x] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type:    *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (*If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.*) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE (*Provide release date of efiled transcript, or check to certify none yet on file.*) | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly (*Check with court reporter before choosing any delivery time sooner than "Ordinary-30."*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/2024 | 41 | Vera | Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | ORDINARY (30-day) |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date | November 15, 2024 | Signature | /s/ Spencer R. Gibbs

G-120 (06/18)