Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3103

*Attorneys for Plaintiff/Counterclaim Defendant and Third-Party Counterclaim Defendant*
R. LANCE HILL and LADY AMOS LITERARY WORKS LTD.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WOOK HWANG (*pro hac vice*)
*whwang@sheppardmullin.com*
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone:  212.653.8700
Facsimile:  212.653.8701

*Attorneys for Defendants/Counterclaimants*
METRO-GOLDWYN-MAYER STUDIOS INC., AMAZON STUDIOS LLC & UNITED ARTISTS PICTURES INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| R. LANCE HILL, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation; and DOES 1-10,<br><br>          Defendants. | Case No. 2:24-cv-01587-HDV-SSC<br><br>**PARTIES' STIPULATION TO CONTINUE DEADLINES**<br><br>Discovery Cutoff: May 27, 2025<br>Pre-Trial Conf.:  October 28, 2025<br>Trial Date:       November 18, 2025 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation, |
| 6 | Counterclaimants, |
| 7 | v. |
| 8<br>9<br>10 | R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS LTD., a Canadian corporation, |
| 11<br>12 | Counterclaim Defendant and Third-Party Counterclaim Defendant. |

Plaintiff and Counterclaim Defendant R. Lance Hill and Third-Party Counterclaim Defendant Lady Amos Literary Works Ltd. ("Lady Amos," and with Hill, the "Hill Parties"), on the one hand, and Defendants and Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists Pictures Inc. (collectively, the "Studio Parties"), on the other hand, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 16, 2024, this Court issued the Order Setting Pretrial and Trial Schedule (the "Order") in this matter (Dkt. 36);

WHEREAS, the parties have not requested, and the Court has not granted, any previous continuances of the dates set forth in the Order;

WHEREAS, the parties stipulate to and request the Court enter a six-month continuance of all deadlines in this case based on the showing of good cause herein and the accompanying declarations of counsel, provided pursuant to Paragraph III.K. of the Civil Trial Order issued by the Court on July 17, 2024 (Dkt. 37);

**THE DESTRUCTION OF THE HILL PARTIES' COUNSEL'S OFFICE**

WHEREAS, on January 8, 2025, the office of the Hill Parties' counsel was destroyed by the Palisades Fire;

WHEREAS, subsequent to the destruction, the Hill Parties' counsel was later able to secure temporary offices in Beverly Hills, which, due to the closure of, followed by limited access to the Pacific Coast Highway, has resulted in a multi-hour commute for the Hill Parties' lead counsel, who resides in Malibu;

WHEREAS, during this post-fire period, the home of the Hill Parties' lead counsel experienced frequent interruptions in electricity and internet service;

WHEREAS, these disruptions have significantly interfered with the operations of the Hill Parties' counsel;

**THE PENDING APPEAL OF THE ORDER ON THE ANTI-SLAPP MOTION**

WHEREAS, on October 1, 2024, the Court issued an order denying the Hill Parties' anti-SLAPP motion to strike the Studios Parties' counterclaim for breach of contract (Dkt. 42);

WHEREAS, on October 31, 2024, the Hill Parties filed an interlocutory appeal of the Court's order to the United States Court of Appeals for the Ninth Circuit, which appeal was assigned Docket No. 24-6878;

WHEREAS, the deadline for the Hill Parties to file their opening brief was extended to March 31, 2025 due to the aforementioned destruction of its counsel's offices;

WHEREAS, based on the schedule in the appeal, the parties do not anticipate a ruling on the Hill Parties' appeal until 2026;

WHEREAS, pursuant to the anti-SLAPP statute and Cal. Civ. Proc. Code § 916, discovery pertaining to the Studio Parties' breach of contract counterclaim has been stayed;

WHEREAS, the parties believe that a decision on the aforementioned interlocutory appeal is necessary for a complete and final judgment in this action;

**THE PARTIES' DISCOVERY PROGRESS AND THE NECESSITY OF THE CONTINUANCE**

WHEREAS, notwithstanding the foregoing, the parties have diligently pursued discovery with respect to the other claims at issue in this action, including through written discovery and the exchange of initial document productions;

WHEREAS, the Studio Parties continue to process and review large volumes of documents for further production in advance of party and non-party depositions;

WHEREAS, the parties have worked to resolve their disputes as to their respective document productions, but believe that certain disputes may require judicial intervention;

WHEREAS, in light of all of the foregoing, the parties respectfully submit that a six-month extension of the deadlines is necessary and will provide sufficient time for the parties to complete discovery, and that the requested continuance will not unduly delay the resolution of this action in light of the pending interlocutory appeal.

Based on the foregoing showing of good cause, and subject to the approval by this Court, IT IS HEREBY STIPULATED that the discovery dates in the Order shall be continued for six months, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-Off (**no later than deadline for _filing_ dispositive motion**) | May 27, 2025 | November 27, 2025 |
| Expert Disclosure (Initial) | June 3, 2025 | December 3, 2025 |
| Expert Disclosure (Rebuttal) | June 17, 2025 | December 17, 2025 |
| Expert Discovery Cut-Off | July 1, 2025 | January 1, 2026 |
| Last Date to _Hear_ Motions | July 17, 2025 | January 19, 2026 |

| | | | |
|---|---|---|---|
| Deadline to Complete Settlement Conference [L.R. 16-15] | September 16, 2025 | March 16, 2026 |
| **Trial Filings (first round)**<br><br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | September 30, 2025 | March 30, 2026 |
| **Trial Filings (second round)**<br><br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | October 14, 2025 | April 14, 2026 |
| Hearings on Motions in Limine | October 23, 2025 | April 23, 2026 |

-5-

STIPULATION TO CONTINUE

| Final Pretrial Conference [L.R. 16] (**_Tuesday_** **at 10:00 a.m.**) | October 28, 2025 | April 28, 2026 |
|---|---|---|
| Jury Trial (**_Tuesday_** **at 9:00 a.m.**) Estimated Duration: 7 days | November 18, 2025 | May 19, 2026 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 21, 2025

                              TOBEROFF & ASSOCIATES, P.C.

                        By:  */s/ Marc Toberoff*
                             MARC TOBEROFF
                             Attorneys for Plaintiff/Counterclaim Defendant
                             R. Lance Hill and Third-Party Counterclaim
                             Defendant Lady Amos Literary Works, Ltd.


                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By:  */s/ Wook Hwang*
                             WOOK HWANG
                             Attorneys for Defendants/Counterclaimants
                             Metro-Goldwyn-Mayer Studios Inc., Amazon
                             Studios LLC and United Artists Pictures Inc.