UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. LANCE HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation, AMAZON STUDIOS LLC, a California limited liability company, UNITED ARTISTS PICTURES INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-01587-HDV-SSC<br><br>**NOTICE TO THE PARTIES** |
| METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS LTD., a Canadian corporation,<br><br>Counterclaim Defendant and Third-Party Counterclaim Defendant. | |

1  It has come to my attention that, beginning on May 29, 2025, I have owned 41 shares of stock in Amazon.com, Inc. in a City National Bank-managed retirement account. My ownership of this stock has not affected or impacted any decision in this case. Although my ownership of this stock would ordinarily require recusal, Canon 3C(4) of the Code of Conduct for United States Judges states that a judge is not disqualified because of "a financial interest in a party" if the judge "divests the interest that provides the grounds for disqualification," unless the interest could be substantially affected by the outcome of the proceeding. Advisory Opinion No. 69 from the Judicial Conference's Committee on Codes of Conduct explains that a judge may divest the disqualifying interest under Canon 3C(4) at the beginning of the case, after the judge has spent substantial time on the case, or anytime in between.

Based on the issues presented in this case, I have concluded that my interest in Amazon.com, Inc. could not be substantially affected by the outcome of the proceeding and have divested my interest. Further, the public interest will be served by my continuing to preside over this case because it will avoid having the matter reassigned to another judge.

Dated: September 16, 2025

_____
Hernán D. Vera
United States District Judge