Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3103

*Attorneys for Plaintiff/Counterclaim Defendant and Third-Party Counterclaim Defendant*
R. LANCE HILL and LADY AMOS LITERARY WORKS LTD.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WOOK HWANG (*pro hac vice*)
*whwang@sheppardmullin.com*
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone:  212.653.8700
Facsimile:   212.653.8701

*Attorneys for Defendants/Counterclaimants*
METRO-GOLDWYN-MAYER STUDIOS INC., AMAZON STUDIOS LLC & UNITED ARTISTS PICTURES INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| R. LANCE HILL, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation; and DOES 1-10,<br><br>       Defendants. | Case No. 2:24-cv-01587-HDV-SSC<br><br>**PARTIES' SECOND STIPULATION TO CONTINUE DEADLINES**<br><br>Discovery Cutoff:  November 27, 2025<br>Pre-Trial Conf.:   April 28, 2026<br>Trial Date:        May 19, 2026 |

1  METRO-GOLDWYN-MAYER
2  STUDIOS INC., a Delaware
   corporation; AMAZON STUDIOS
3  LLC, a California limited liability
   company; UNITED ARTISTS
4  PICTURES INC., a Delaware
5  corporation,

6          Counterclaimants,

7      v.

8  R. LANCE HILL, an individual; and
9  LADY AMOS LITERARY WORKS
   LTD., a Canadian corporation,
10

11         Counterclaim Defendant
           and Third-Party
12         Counterclaim Defendant.
13

14      Plaintiff and Counterclaim Defendant R. Lance Hill and Third-Party

15  Counterclaim Defendant Lady Amos Literary Works Ltd. ("Lady Amos," and with

16  Hill, the "Hill Parties"), on the one hand, and Defendants and Counterclaimants

17  Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists

18  Pictures Inc. (collectively, the "Studio Parties"), on the other hand, by and through

19  their counsel of record, hereby stipulate and agree as follows:

20      WHEREAS, on July 16, 2024, this Court issued the Order Setting Pretrial and

21  Trial Schedule (the "Order") in this matter (Dkt. 36);

22      WHEREAS, on April 21, 2025, the Court granted the parties' request for a

23  continuance of the dates set forth in the Order (Dkt. 53);

24      WHEREAS, the parties stipulate to and request that the Court enter an

25  additional six-month continuance of all deadlines in this case based on the showing

26  of good cause herein and the accompanying declarations of counsel, provided

27  pursuant to Paragraph III.K. of the Civil Trial Order issued by the Court on July 17,

28  2024 (Dkt. 37);

**THE DESTRUCTION OF THE HILL PARTIES' COUNSEL'S OFFICE**

WHEREAS, on January 8, 2025, the office of the Hill Parties' counsel was destroyed by the Palisades Fire;

WHEREAS, although the Hill Parties' counsel was later able to secure temporary office space, the Palisades Fire and its aftermath have significantly interfered with, continue to interfere with, their operations;

**THE PENDING APPEAL OF THE ORDER ON THE ANTI-SLAPP MOTION**

WHEREAS, on October 1, 2024, the Court issued an order denying the Hill Parties' anti-SLAPP motion to strike the Studios Parties' counterclaim for breach of contract (Dkt. 42);

WHEREAS, on October 31, 2024, the Hill Parties filed an interlocutory appeal of the Court's order to the United States Court of Appeals for the Ninth Circuit, which appeal was assigned Docket No. 24-6878;

WHEREAS, briefing on the appeal has concluded and oral argument on the appeal has been scheduled for December 1, 2025;

WHEREAS, based on the schedule in the appeal, the parties do not anticipate a ruling on the Hill Parties' appeal until 2026;

WHEREAS, pursuant to the anti-SLAPP statute and Cal. Civ. Proc. Code § 916, discovery pertaining to the Studio Parties' breach of contract counterclaim has been stayed;

WHEREAS, the parties believe that a decision on the aforementioned interlocutory appeal is necessary for a complete and final judgment in this action;

**THE PARTIES' DISCOVERY PROGRESS AND THE NECESSITY OF THE CONTINUANCE**

WHEREAS, notwithstanding the foregoing, the parties have diligently pursued discovery with respect to the other claims at issue in this action;

WHEREAS, the Studio Parties continue to process and review large volumes of documents for further production in advance of party and non-party depositions;

WHEREAS, the parties have worked to resolve their disputes as to their respective document productions, but believe that certain disputes will require judicial intervention;

WHEREAS, in light of all of the foregoing, the parties respectfully submit that an additional six-month extension of the deadlines is necessary and will provide sufficient time for the parties to complete discovery, and that the requested continuance will not unduly delay the resolution of this action in light of the pending interlocutory appeal.

Based on the foregoing showing of good cause, and subject to the approval by this Court, IT IS HEREBY STIPULATED that the discovery dates in the Order shall be continued for six months, as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Fact Discovery Cut-Off<br>(**no later than deadline for _filing_ dispositive motion**) | November 27, 2025 | May 27, 2026 |
| Expert Disclosure (Initial) | December 3, 2025 | June 3, 2026 |
| Expert Disclosure (Rebuttal) | December 17, 2025 | June 17, 2026 |
| Expert Discovery Cut-Off | January 1, 2026 | July 1, 2026 |
| Last Date to **_Hear_** Motions | January 19, 2026 | July 23, 2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | March 16, 2026 | September 16, 2026 |
| **Trial Filings (first round)**<br><br>• Motions In Limine<br><br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br><br>• Witness Lists [L.R. 16-5]<br><br>• Joint Exhibit List [L.R. 16-6.1] | March 30, 2026 | September 30, 2026 |

SMRH:4927-7182-4235                                                     SECOND STIPULATION TO CONTINUE

| | | |
|---|---|---|
| • Joint Status Report Regarding Settlement<br><br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br><br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | | |
| **Trial Filings (second round)**<br><br>• Oppositions to Motions In Limine<br><br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br><br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br><br>• Disputed Proposed Jury Instructions *(jury trial only)*<br><br>• Joint Proposed Verdict Forms *(jury trial only)*<br><br>• Joint Proposed Statement of the Case *(jury trial only)*<br><br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br><br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | April 14, 2026 | October 14, 2026 |
| Hearings on Motions in Limine | April 23, 2026 | October 22, 2026 |
| Final Pretrial Conference [L.R. 16] (**_Tuesday_ at 10:00 a.m.**) | April 28, 2026 | October 27, 2026 |
| Jury Trial (**_Tuesday_ at 9:00 a.m.**)<br>Estimated Duration: 7 days | May 19, 2026 | November 17, 2026 |

SMRH:4927-7182-4235                                                    SECOND STIPULATION TO CONTINUE

1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3

Dated:  October 8, 2025

4

TOBEROFF & ASSOCIATES, P.C.

5

6

By:    /s/ Marc Toberoff
        MARC TOBEROFF
        Attorneys for Plaintiff/Counterclaim Defendant
        R. Lance Hill and Third-Party Counterclaim
        Defendant Lady Amos Literary Works, Ltd.

7

8

9

10

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11

12

By:    /s/ Wook Hwang
        WOOK HWANG
        Attorneys for Defendants/Counterclaimants
        Metro-Goldwyn-Mayer Studios Inc., Amazon
        Studios LLC and United Artists Pictures Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4927-7182-4235                                    SECOND STIPULATION TO CONTINUE