| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 4 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

R. LANCE HILL, an individual,

         Plaintiff-ctr-claim-defendant - Appellant,

  v.

METRO GOLDWYN MAYER STUDIOS, INC., a Delaware corporation; et al.,

         Defendant-ctr-claimants - Appellees,

  v.

LADY AMOS LITERARY WORKS, LTD.,

         Third-pty-defendant - Appellant,

DOES, 1-10,

         Defendant.

No. 24-6878

D.C. No. 2:24-cv-01587-HDV-SSC
Central District of California, Los Angeles

ORDER

The parties' joint stipulation to voluntarily dismiss this appeal (Dkt. No. 41) is **GRANTED**. *See* Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order shall serve as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT