UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-1587-HDV (SSCx)              Date: April 23, 2026

Title    Lance Hill v. Metro Goldwyn Mayer Studios, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                       |                           |
|-----------------------|---------------------------|
| Teagan Snyder         | n/a                       |
| Deputy Clerk          | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
None Present                                    None Present

**Proceedings:**    (IN CHAMBERS) **Order Re: Informal Discovery Conference (IDC)**

The Court received the attached email from the parties outlining two disputed discovery issues which were designated as disputes 3 and 4 as these disputes persisted after March 26, 2026 IDC.  The Court provided the parties with its tentative thoughts, including that dispute 3 will resolve following the already briefed discovery motion(s), and ordered the parties to continue to meet and confer on dispute 4.

If the parties are unable to resolve this dispute, then no later than **May 8, 2026**, they may follow the procedures in Local Rule 37-2 to file a joint stipulation.  Supplemental memoranda, if any, must be filed no later than **May 15, 2026**.  The hearing should be noticed for **May 21, 2026, at 10:00 am.**

**IT IS SO ORDERED.**

                                                                    :
Initials of Preparer      **ts**

---