MARC TOBEROFF (188547)
mtoberoff@toberoffandassociates.com
DARRELL R. ATKINSON (280564)
datkinson@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiff and Counterclaim Defendant
Hill and Third-Party Counterclaim Defendant Lady Amos*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. LANCE HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation, AMAZON STUDIOS LLC, a California limited liability company, UNITED ARTISTS PICTURES INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-01587-HDV-SSC<br><br>Assigned: Hon. Hernan D. Vera<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFF R. LANCE HILL AND THIRD-PARTY COUNTERCLAIM DEFENDANT LADY AMOS LITERARY WORKS, LTD'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION NO. 42**<br><br>Judge: Hon. Stephanie S. Christensen<br>Date: May 21, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 790<br>Complaint Filed: February 27, 2024<br>Fact Disc. Cut-Off: May 27, 2026 |

Expert Disc. Cut-off: July 1, 2026
Pre-Trial Conf.: October 27, 2026
Trial Date: November 17, 2026

METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation,

Counterclaimants,

v.

R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS LTD., a Canadian corporation,

Counterclaim Defendant and Third-Party Counterclaim Defendant.

**TO ALL PARTIES AND THEIR ATTORENYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, May 21, 2026, at 10:00 a.m. or as soon thereafter as counsel may be heard in the courtroom of the Honorable Stephanie S. Christensen, Courtroom 790 on the 7th Floor of the Edward R. Roybal Federal Building and U.S. Courthouse, 255 E. Temple St., Los Angeles, CA 90012, Plaintiff and Counterclaim Defendant R. Lance Hill ("Hill), joined in by Third-Party Counterclaim Defendant Lady Amos Literary Works, Ltd. ("Lady Amos") (collectively "Plaintiff"), will and hereby do move the Court for an order compelling Defendants and Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists Pictures Inc. to search for and produce documents pursuant to Hill Request for Document Production Nos. 42 and 63.

This Motion is made pursuant to Federal Rules of Civil Procedure 26, 34, and 37.

This Motion is made on the grounds that Defendants' objections to searching for and producing the called for documents, including their relevancy and undue burden objections, are not sustainable.

This Motion complies with Local Rule 37-1 and the Honorable Stephanie S. Christensen's Civil Procedures. Counsel met and conferred on these issues presented by this Motion multiple times, including most recently on May 7, 2026, and the Parties had Informal Discovery Conferences with the Court on March 11 and 26 and April 22, 2026. During the April 22 Informal Discovery Conference, the Court authorized the filing of this Motion.

This Motion is based on this Notice of Motion and Motion, the Parties' Joint Local Rule 37-2 Stipulation, the Declaration of Darrell R. Atkinson in support (inclusive of Exhibits), any Supplemental Memorandum filed by Plaintiff pursuant to Local Rule 37-2.3, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice,

Pl. Not. of Mot. & Mot. to Compel
Case No. CV 24-1587 HDV (SSCX)

and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: May 8, 2026                    Respectfully Submitted,

TOBEROFF & ASSOCIATES, P.C.

By: */s/ Darrell R. Atkinson*
      Marc Toberoff
      Darrell R. Atkinson

*Attorneys for Plaintiff and Counterclaim Defendant Hill and Third-Party Counterclaim Defendant Lady Amos*

Pl. Not. of Mot. & Mot. to Compel
Case No. CV 24-1587 HDV (SSCX)