# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| R. LANCE HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-01587-HDV-SSC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS-COUNTERCLAIMANTS' MOTION TO CONTINUE ALL DEADLINES BY FOUR MONTHS |
| METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS LTD., a Canadian corporation, | |

SMRH:4929-8103-9530                                                        [PROPOSED] ORDER

Counterclaim Defendant
and Third-Party
Counterclaim Defendant.

Based upon the motion of Defendants-Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists Pictures Inc. and their showing of good cause, IT IS HEREBY ORDERED that the dates in the October 9, 2025 order (Dkt. 58) shall be continued and modified as follows:

| Event | New Deadline |
|---|---|
| Fact Discovery Cut-Off (**no later than deadline for *filing* dispositive motion**) | September 28, 2026 |
| Expert Disclosure (Initial) | October 5, 2026 |
| Expert Disclosure (Rebuttal) | October 19, 2026 |
| Expert Discovery Cut-Off | November 2, 2026 |
| Last Date to *Hear* Motions | December 3, 2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | January 18, 2027 |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | February 1, 2027 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7] | February 15, 2027 |

-2-

SMRH:4929-8103-9530

[PROPOSED] ORDER

- Joint/Agreed Proposed Jury Instructions *(jury trial only)*

- Disputed Proposed Jury Instructions *(jury trial only)*

- Joint Proposed Verdict Forms *(jury trial only)*

- Joint Proposed Statement of the Case *(jury trial only)*

- Proposed Additional Voir Dire Questions, if any *(jury trial only)*

- Evidentiary Objections to Decls. of Direct Testimony *(court trial only)*

| | |
|---|---|
| Hearings on Motions in Limine | February 25, 2027 |
| Final Pretrial Conference [L.R. 16] (***Tuesday*** **at 10:00 a.m.**) | March 2, 2027 |
| Jury Trial (***Tuesday*** **at 9:00 a.m.**) Estimated Duration: 7 days | March 23, 2027 |

Date:   May 27, 2026                    By:   _____

Hon. Hernan D. Vera
United States District Judge

-3-

SMRH:4929-8103-9530                                [PROPOSED] ORDER