# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| R. LANCE HILL, an individual, | Case No. 2:24-cv-01587-HDV-SSC |
| Plaintiff, | *Assigned to: Hon. Hernan D. Vera* |
| v. | ~~[PROPOSED]~~ ORDER BIFURCATING THE ACTION INTO LIABILITY AND DAMAGES PHASES |
| METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation; and DOES 1-10, | Discovery Cutoff:  May 27, 2026<br>Pre-Trial Conf.:  October 27, 2026<br>Trial Date:  November 17, 2026 |
| Defendants. | |
| METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware | |

-1-

corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation,

Counterclaimants,

v.

R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS LTD., a Canadian corporation,

Counterclaim Defendant and Third-Party Counterclaim Defendant.

Upon consideration of the stipulation submitted by Plaintiff and Counterclaim Defendant R. Lance Hill and Third-Party Counterclaim Defendant Lady Amos Literary Works Ltd. (collectively, the "Hill Parties"), on the one hand, and Defendants and Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists Pictures Inc. (collectively, the "Studio Parties"), on the other hand,

IT IS HEREBY ORDERED THAT:

The action is bifurcated into liability and damages phases.

The first phase (the "Liability Phase") will be limited to discovery and trial on liability issues on the parties' claims and defenses, as well as discovery sufficient to establish the existence of damages as an element of the Studio Parties' counterclaim for breach of contract that are "clearly ascertainable in both their nature and origin." Cal. Civ. C. § 3301. The extant deadlines set forth in the Order Granting the Parties' Second Stipulation to Continue Deadlines (Dkt. 58) will operate as the deadlines governing the Liability Phase, subject to any continuation of the deadlines, including, if granted, those sought in the Studio Parties' forthcoming motion.

The second phase (the "Damages Phase") will be open to discovery and trial on any damages issues on each of the parties' claims and counterclaims that remain depending on the outcome of the Liability Phase. The deadlines governing the Damages Phase will be set by stipulation of the parties, subject to the Court's approval, at the conclusion of the Liability Phase.

IT IS SO ORDERED.

Dated: May 27, 2026

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

-3-