UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


## CIVIL MINUTES – GENERAL

Case No.    2:24-cv-01587-HDV (SSCx)                Date: May 27, 2026

Title       R. Lance Hill v. Metro Goldwyn Mayer Studios Inc., et al.


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


|              Teagan Snyder              |              n/a              |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
None Present                             None Present


**Proceedings:**    (IN CHAMBERS) **Order Re: Informal Discovery Conference (IDC)**

The Court received the attached emails from the parties outlining three disputes regarding Defendants' discovery, and five disputes regarding Plaintiff's discovery.  The Court held an IDC on these issues on May 27, 2026, during which the Court provided tentative thoughts on the disputes and allowed the parties time to meet and confer during a recess.  The Court rules as follows.

**Defendants' Disputes**

**Dispute No. 1:** This dispute concerns the Hill Parties production of electronically stored information.  The Hill Parties are ordered to produce responsive documents in native format.  They must search cloud storage for responsive information, including but not limited to emails stored through Xplore.  The parties are ordered to meet and confer regarding those search terms to be used.  No later than **June 2, 2026**, the parties are to agree upon the search terms or email the Court to request an IDC regarding them.  Absent an IDC as to the search terms, production of responsive documents must be made no later than **June 16, 2026**, unless another date is agreed upon by the parties in writing.

---

CV-90 (03/15)                     Civil Minutes – General                     Page 1 of 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:24-cv-01587-HDV (SSCx)              Date: May 27, 2026

Title    R. Lance Hill v. Metro Goldwyn Mayer Studios Inc., et al.

**Dispute No. 2**: This dispute concerns carve-outs to logging of materials responsive to subpoenas issued to attorney Marc Toberoff and his firm.  After meeting and conferring during the IDC, Mr. Toberoff agrees that no later than **June 2, 2026**, he will review relevant correspondence to confirm his belief that these carve-outs are no longer in dispute.  If confirmed, production is to be made no later than **June 16, 2026**, unless another date is agreed upon by the parties in writing.  If a dispute remains after the review, no later than **June 2, 2026**, the parties are to email the Court to request a further IDC.

**Dispute No. 3**: Based on the representations of the parties during the IDC, the Court considers this dispute resolved.

**Plaintiff's Disputes**

**Dispute Nos. 2–4**: These disputes concern damages discovery.  As Judge Vera granted the parties' joint request to bifurcate the trial (and discovery) immediately following the IDC (ECF 108), these disputes are no longer at issue.

**Dispute No. 1**: This dispute concerns the general pace of Defendants' discovery responses.  After meeting and conferring during the IDC, the parties have separated the pending documents in three buckets:

- ESI already under review prior to this Court's May 26, 2026 order,
- So called "loose documents" (examples given on the record), and
- Discovery compelled by this Court's May 26, 2026 order.

As to the first two buckets, the parties agree that Defendants will produce responsive documents **no later than June 16, 2026**, unless a later date is agreed upon by the parties in writing or requested of the Court by Defendants.  As to the third bucket, the parties will continue to meet and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:24-cv-01587-HDV (SSCx)                    Date: May 27, 2026

Title    R. Lance Hill v. Metro Goldwyn Mayer Studios Inc., et al.

confer regarding the necessity of alteration of the deadline imposed by the Court.  No later than **June 2, 2026**, the parties must request a further IDC if a dispute remains.

**Dispute No. 5**: This dispute concerns Rule 30(b)(6) deposition topics concerning Plaintiff's authorship, specifically whether Defendants' have found former employees to be "reasonably available" for purposes of preparing the deponent(s).  After meeting and conferring during the IDC, Defendants agree that **no later than two weeks prior to such deposition(s)**, they will 1) object to any topics, and 2) inform the Hill Parties if they lack sufficient information to educate their witnesses as to any topic. The Hill Parties agree to do the same, though no specific issue was yet before the Court as to the Hill Parties.

**IT IS SO ORDERED.**

                                                                          :

                                            Initials of Preparer        **ts**