**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

R. LANCE HILL, an individual,

      Plaintiff,

      v.

METRO-GOLDWYN-MAYER
STUDIOS INC., a Delaware
corporation; AMAZON STUDIOS
LLC, a California limited liability
company; UNITED ARTISTS
PICTURES INC., a Delaware
corporation; and DOES 1-10,

      Defendants.

Case No. 2:24-cv-01587-HDV-SSC
Assigned to: Hon. Hernan D. Vera
Referred to: Hon. Stephanie S.
Christensen, U.S. Magistrate Judge

**[~~PROPOSED~~] ORDER GRANTING
PARTIES JOINT STIPULATION
TO EXTEND TIME TO RESPOND
TO DEFENDANTS' EX PARTE
APPLICATION AND MOTION TO
COMPEL**

Date: [To Be Set]
Time: 1:30 p.m.
Ctrm.: 790, Roybal Federal Building
Hon. Stephanie S. Christensen,
United States Magistrate Judge

Discovery Cutoff: September 28, 2026
Pretrial Conference: March 2, 2027
Trial: March 23, 2027

-1-

METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation,

Counterclaimants,

v.

R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS LTD., a Canadian corporation,

Counterclaim Defendant and Third-Party Counterclaim Defendant.

Having considered the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for the Hill Parties and non-party Marc Toberoff to file their opposition to Defendants' Ex Parte Application (Dkt. 121) is extended to and including August 17, 2026.

IT IS SO ORDERED.

DATED: August 11, 2026

_____

Hon. Stephanie S. Christensen
United States Magistrate Judge

-2-