LINK 143

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| R. LANCE HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-01587-HDV-SSC<br><br>**~~[PROPOSED]~~ ORDER GRANTING PARTIES' STIPULATION RE: SUMMARY JUDGMENT BRIEFING PROCEDURE AND SCHEDULE** |
| METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; AMAZON STUDIOS LLC, a California limited liability company; UNITED ARTISTS PICTURES INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>R. LANCE HILL, an individual; and LADY AMOS LITERARY WORKS | |

LTD., a Canadian corporation,

Counterclaim Defendant and Third-Party Counterclaim Defendant.

Based upon the stipulation of the parties and their showing of good cause, IT IS HEREBY ORDERED that:

1. The last date to hear motions is continued from December 3, 2026 to January 7, 2027, without prejudice to the pending Ex Parte Application for Relief from Local Rule 6-1 and 7-3 and Expedited Hearing on Motion to Continue All Deadlines By Eight Weeks (Dkt. No. 135, the "Continuance Motion").

2. By no later than October 15, 2026, Plaintiff/Counterclaim Defendant R. Lance Hill and Third-Party Counterclaim Defendant Lady Amos Literary Works Ltd. (collectively, the "Hill Parties") shall provide to Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists Pictures Inc. (collectively, the "Studio Parties") an electronic copy of their opening brief in support of the Hill Parties' motion for summary judgment (limited to 30 pages), together with their portion of the evidentiary appendix and joint appendix of undisputed and disputed facts.

3. By no later than November 5, 2026, the Studio Parties shall provide the Hill Parties with an electronic copy of the integrated motion, which shall include their portion of the joint brief opposing the Hill Parties' motion and in support of their cross-motion for summary judgment (limited to 30 pages), together with their portion of the evidentiary appendix and joint appendix of undisputed and disputed facts (inclusive of any additional material facts permitted by Section X.E.3 of the Court's Standing Order).

4. By no later than November 17, 2026, the Hill Parties shall provide the Studio Parties with an electronic copy of the joint brief, which shall include any

reply (limited to 12 pages) in further support of the Hill Parties' motion and in opposition to the Studio Parties' cross-motion.

5. By no later than November 26, 2026, the Studio Parties shall provide the Hill Parties with an electronic copy of the joint brief, which shall include any reply (limited to 12 pages) in further support of the Studio Parties' cross-motion. The Hill Parties shall file the integrated motion papers with the Court on the same day, without any further revisions.

6. In the event the Continuance Motion is granted, the foregoing briefing sequence and parameters shall apply with respect to the parties' motions for summary judgment, except that the Hill Parties' moving papers shall be provided to the Studio Parties no later than 84 days before the last date to hear motions set by such order, with all remaining deadlines to follow at the same intervals set forth above.

Date: 9/29/26

By: ______________________
Hon. Hernán D. Vera
United States District Judge